| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>PREETI K. BAJWA, State Bar No. 232484<br>Supervising Deputy Attorney General<br>JOHN W. FAULCONER, State Bar No. 298015<br>Deputy Attorney General<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 510-4481<br> Fax:  (415) 703-5480<br> E-mail:  John.Faulconer@doj.ca.gov<br>*Attorneys for the California Department of Corrections and Rehabilitation and Special Appearance for R. St. Andre* | BRYAN J. Harrison, ESQ. (SBN 277312)<br>*Bryan@h-klaw.com*<br>EDI P. KRISTOPHER, ESQ.<br>(SBN 284883)<br>*Edi@h-klaw.com*<br>**HARRISON KRISTOPHER, LLP**<br>301 E. Colorado Blvd, Ste. 323<br>Pasadena, California 91101<br>Telephone:    (866) 529-6155<br>Facsimile:      (866) 565-6206<br><br>HOSSEIN KHATAMI, ESQ.<br>(SBN 278350)<br>*Hoss@hosslaw.com*<br>**HOSS LAW, P.C.**<br>2140 Professional Dr., Ste. 150<br>Roseville, California 95611<br>Telephone: (916) 788-4445<br>Facsimile: (916) 788-4447<br><br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THE ESTATE OF JOSEPH REAGAN, by and through Chelsea August, Successor in Interest to Decedent Joseph Reagan; CHELSEA AUGUST as an individual,**<br><br>                                                  Plaintiffs,<br><br>         v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                                  Defendants. | 2:25-cv-03429-JAM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE**<br><br>Judge:            The Honorable John A. Mendez / The Honorable Carolyn K. Delaney<br>Action Filed:  November 26, 2025 |

Plaintiffs THE ESTATE OF JOSEPH REAGAN, by and through Chelsea August,

Successor in Interest to Decedent Joseph Reagan*;* CHELSEA AUGUST*,* as an Individiual and

1

her Counsel, and the undersigned Defense counsel, who represents the California Department of Corrections and Rehabilitation (CDCR) and is making a special appearance on behalf of R.St. Andre for the limited purpose of this stipulation, submit this stipulation to continue the deadline to respond to Plaintiffs' Complaint for Violations of Civil and Constitutional Rights, and Demand for Jury Trial (ECF No. 1), until January 30, 2026.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendants' current deadline to file a responsive pleading is December 24, 2025.
2. Defense counsel, who is employed by the California Office of the Attorney General, was recently assigned to the case and requires more time to confirm representation of R. St. Andre and review the operative complaint to prepare a responsive pleading.
3. Defense counsel contacted Plaintiffs' counsel requesting a stipulated extension of time to file a responsive pleading. The parties agreed to file this stipulation requesting a deadline to file a responsive pleading by January 30, 2026.
4. This is the first request for an extension of time to file a responsive pleading in this matter.

**IT IS SO STIPULATED**

Dated: December 17, 2025                                    Respectfully submitted,

R OB B ONTA
Attorney General of California
P REETI K. B AJWA
Supervising Deputy Attorney General


/s/ John Faulconer
J OHN W. F AULCONER
Deputy Attorney General
*for the California Department of Corrections and Rehabilitation and Special Appearance for Robert St. Andre*

Dated: December 18, 2025


 /s/ Bryan Harrison
BRYAN J. Harrison, ESQ. (SBN 277312)
**HARRISON KRISTOPHER, LLP**
*Attorneys for Plaintiffs*

## ATTESTATION

I, John Faulconer, am the ECF user whose user ID and password authorized the filing of this document. I attest that all signatories to this document have concurred in this filing.

Dated                                                              */s/ John Faulconer*
John Faulconer

# ORDER

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

The responsive pleading deadline is hereby **EXTENDED** to **January 30, 2026**.

Dated:  December 31, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE