ROB BONTA, State Bar No. 202668
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
JOHN W. FAULCONER, State Bar No. 298015
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4481
  Fax:  (415) 703-5480
  E-mail:  John.Faulconer@doj.ca.gov
*Attorneys for the California Department of Corrections and Rehabilitation and R. St. Andre*

BRYAN J. Harrison, ESQ. (SBN 277312)
*Bryan@h-klaw.com*
EDI P. KRISTOPHER, ESQ.
(SBN 284883)
*Edi@h-klaw.com*
**HARRISON KRISTOPHER, LLP**
301 E. Colorado Blvd, Ste. 323
Pasadena, California 91101
Telephone:    (866) 529-6155
Facsimile:    (866) 565-6206

HOSSEIN KHATAMI, ESQ.
(SBN 278350)
*Hoss@hosslaw.com*
**HOSS LAW, P.C.**
2140 Professional Dr., Ste. 150
Roseville, California 95611
Telephone: (916) 788-4445
Facsimile: (916) 788-4447

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| **THE ESTATE OF JOSEPH REAGAN, by and through Chelsea August, Successor in Interest to Decedent Joseph Reagan; CHELSEA AUGUST as an**<br><br>**individual,**<br><br>                                    Plaintiffs,<br><br>        **v.**<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                    Defendants. | 2:25-cv-03429-JAM-CKD<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS**<br><br>Judge:        The Honorable John A. Mendez / The Honorable Carolyn K. Delaney<br>Action Filed:  November 26, 2025 |

1

Plaintiffs THE ESTATE OF JOSEPH REAGAN, by and through Chelsea August, Successor in Interest to Decedent Joseph Reagan; CHELSEA AUGUST, as an Individiual and her Counsel, and Defendants California Department of Corrections and Rehabilition (CDCR) and R.St. Andre submit this stipulation to stay discovery pending resolution of Defendants' motion to dismiss Plaintiffs' complaint, which will be filed concurrently as to this stipulation. The parties request discovery be stayed and once an order issues regarding Defendants' motion that the Court set a scheduling conference to occur within 30 days, or as soon as practical for the Court thereafter.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Defendants have not filed a responsive pleading in this matter and discovery has not yet opened.

2. Defendants are concurrently filing a motion to dismiss.

3. The parties agree that discovery be stayed pending resolution of Defendants' motion.

4. The parties request that once an order issues regarding Defendants' motion that the Court set a scheduling conference to occur within 30 days, or as soon as practical for the Court thereafter.

**IT IS SO STIPULATED**

Dated:  January 30, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General

/s/ John Faulconer
JOHN W. FAULCONER
Deputy Attorney General
*for the California Department of Corrections
and Rehabilitation and R. St. Andre*

Dated:  January 30, 2026

_/s/ Bryan Harrison_
BRYAN J. Harrison, ESQ. (SBN 277312)
**HARRISON KRISTOPHER, LLP**
*Attorneys for Plaintiffs*

## <u>ATTESTATION</u>

I, John Faulconer, am the ECF user whose user ID and password authorized the filing of this document.  I attest that all signatories to this document have concurred in this filing.

Dated

*/s/ John Faulconer*
John Faulconer

3

**ORDER**

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

Discovery is **STAYED** pending resolution of Defendants' motion to dismiss. The Court will set a scheduling conference to occur **within 30 days** of issuance of an order regarding Defendants' motion, or as soon as practical for the Court thereafter.

Dated: February 02, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

4