ROB BONTA, State Bar No. 202668
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Supervising Deputy Attorney General
JOHN W. FAULCONER, State Bar No. 298015
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-4481
 Fax: (415) 703-5480
 E-mail:  John.Faulconer@doj.ca.gov
*Attorneys for the California Department of*
*Corrections and Rehabilitation and R. St. Andre*

BRYAN J. Harrison, ESQ. (SBN 277312)
*Bryan@h-klaw.com*
EDI P. KRISTOPHER, ESQ.
(SBN 284883)
*Edi@h-klaw.com*
**HARRISON KRISTOPHER, LLP**
301 E. Colorado Blvd, Ste. 323
Pasadena, California 91101
Telephone:    (866) 529-6155
Facsimile:     (866) 565-6206

HOSSEIN KHATAMI, ESQ.
(SBN 278350)
*Hoss@hosslaw.com*
**HOSS LAW, P.C.**
2140 Professional Dr., Ste. 150
Roseville, California 95611
Telephone: (916) 788-4445
Facsimile: (916) 788-4447

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THE ESTATE OF JOSEPH REAGAN, by and through Chelsea August, Successor in Interest to Decedent Joseph Reagan; CHELSEA AUGUST as an** <br><br> **individual,** <br><br> Plaintiffs, <br><br> v. <br><br> **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** <br><br> Defendants. | 2:25-cv-03429-JAM-CKD <br><br> **STIPULATION AND ORDER REGARDING PLEADINGS AND OUTSTANDING MOTIONS** <br><br> Judge:       The Honorable John A. Mendez / The Honorable Carolyn K. Delaney <br> Action Filed:  November 26, 2025 |

1

Plaintiffs THE ESTATE OF JOSEPH REAGAN, by and through Chelsea August, Successor in Interest to Decedent Joseph Reagan; CHELSEA AUGUST, as an Individiual and her Counsel, and Defendants California Department of Corrections and Rehabilition (CDCR) and R.St. Andre submit this stipulation: (1) to treat the First Amended Complaint attached as Exhibit A to Plaintiffs' Motion for Leave to Amend (ECF No. 19) as Plaintiffs' "once as a matter of course" amended pleading filing pursuant to Federal Rule 15(a)(1) and become the operative pleading; (2) to take Defendants' motion to dismiss (ECF No. 12) and Plaintiffs' motion for leave to amend (ECF No. 19) off calendar as moot; and (3) to set Defendants' responsive pleading deadline to be 30 days following the issuance of an order regarding this stipulation.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiffs' First Amended Complaint, Exhibit A to Plaintiffs' Motion for Leave to Amend (ECF No. 19), shall become the operative pleading in this matter and be treated as Plaintiffs' "once as a matter of course" amended pleading filing pursuant to Federal Rule 15(a)(1).

2. Defendants' motion to dismiss (ECF No. 12) be taken off calendar as moot.

3. Plaintiffs' motion for leave (ECF No. 19) be taken off calendar as moot.

4. Defendants' responsive pleading shall be due 30 days following the issuance of an order regarding this stipulation.

2

**IT IS SO STIPULATED**

Dated:  March 26, 2026                                    Respectfully submitted,

ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General


/s/ John Faulconer
JOHN W. FAULCONER
Deputy Attorney General
*for the California Department of Corrections*
*and Rehabilitation and R. St. Andre*


Dated: March 26, 2026


  /s/ Bryan Harrison
BRYAN J. Harrison, ESQ. (SBN 277312)
**HARRISON KRISTOPHER, LLP**
*Attorneys for Plaintiffs*

## <u>ATTESTATION</u>

I, John Faulconer, am the ECF user whose user ID and password authorized the filing of this document.  I attest that all signatories to this document have concurred in this filing.


Dated            March 26, 2026                          */s/ John Faulconer*
                                                         John Faulconer

3

## ORDER

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

1. Plaintiffs shall file forthwith, separately, the First Amended complaint, Exhibit A to Plaintiffs' Motion for Leave to Amend (ECF No. 19), which shall constitute the operative pleading in this matter and be treated as Plaintiffs' "once as a matter of course" amended pleading filing pursuant to Federal Rule 15(a)(1).

2. Defendants' motion to dismiss (ECF No. 12) is taken off calendar as **MOOT**.

3. Plaintiffs' motion for leave (ECF No. 19) is taken off calendar as **MOOT**.

4. Defendants shall file their responsive pleadings **within thirty (30) days** of the refiling of Plaintiff's first amended complaint.

Dated: March 30, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE