IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THE ESTATE OF JOSEPH REAGAN, by and through Chelsea August, Successor in Interest to Decedent Joseph Reagan; CHELSEA AUGUST as an individual,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 2:25-cv-03429-JAM-CKD<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION TO FILE RESPONSIVE PLEADING (ECF No. 25)**<br><br>Judge:      The Honorable John A. Mendez<br><br>Trial Date:    None Set<br>Action Filed:  11/26/2025 |

Defendants filed a motion seeking a 3-day extension of time to file their responsive pleading. For good cause shown, IT IS HEREBY ORDERED:

Defendants' deadline to file a responsive pleading is **EXTENDED** to **May 14, 2026**.

Dated: May 12, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

1

ORDER