IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THE ESTATE OF JOSEPH REAGAN, by and through Chelsea August, Successor in Interest to Decedent Joseph Reagan; CHELSEA AUGUST as an individual,**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 2:25-cv-03429-JAM-CKD<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO INCREASE PAGE LIMIT OF MEMORANDUM IN SUPPORT OF MOTION TO DISMISS (ECF No. 32)**<br><br>Judge:    The Honorable John A. Mendez / The Honorable Carolyn K. Delany<br>Trial Date:    None Set<br>Action Filed:    11/26/2025 |

Defendants filed a nunc pro tunc motion requesting that the Court allow an exception to its standing order regarding memoranda page limits and consider Defendants' memorandum supporting their pending motion to dismiss (ECF No. 27), in full.  For good cause shown, IT IS HEREBY ORDERED:

Defendants' memorandum will be considered in full.

Dated: June 05, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

1

Order Granting Defendants' Request Regarding Page Limits (2:25-cv-03429-JAM-CKD